

4800 IDS Center    O: 612.349.5740
80 South 8th Street    T: 800.331.4537
Minneapolis, MN    F: 612.349.9266
55402-2100    www.ptslaw.com

NICHOLAS S. KUHLMANN
612.349.5754
kuhlmann@ptslaw.com

November 28, 2022

**VIA ECF**

The Honorable Katherine M. Menendez
United States District Court for the District of Minnesota
316 N. Robert Street
St. Paul, MN  55101

Re:    *Otto v. Ind. School District No. 273, a.k.a. Edina School District*
         Case No. 22-cv-005-KMM-DJF
         Our Ref. No. 5441.01LIT01

Dear Judge Menendez:

The parties have reached a settlement in principle of all claims in the above-referenced case. Counsel for the parties are working together to prepare a formal settlement agreement. Once the final settlement is executed, the parties will submit dismissal papers.

         Sincerely,

         PATTERSON THUENTE, P.A.

         */s/Nicholas S. Kuhlmann*
         Nicholas S. Kuhlmann

NSK/pjm
cc:    Mick Spence, Esq.