

4800 IDS Center    O: 612.349.5740
80 South 8th Street    T: 800.331.4537
Minneapolis, MN    F: 612.349.9266
55402-2100    www.ptslaw.com

NICHOLAS S. KUHLMANN
612.349.5754
kuhlmann@ptslaw.com

December 27, 2022

**<u>VIA EMAIL AND ECF</u>**

The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
foster_chambers@mnd.uscourts.gov

    Re:    *Otto v. ISD No. 273*
            Case No. 22-cv-0005 (KMM/DJF)

Dear Judge Foster:

The parties have exchanged multiple drafts of a written settlement agreement, and they anticipate that the School Board will meet sometime within the next week to review the current draft of the settlement agreement for approval. The parties hope to have the final language of the settlement completed and the agreement signed within the next week.

                                                                    Sincerely,

                                                                  PATTERSON THUENTE, P.A.

                                                                  <u>*/s/Nicholas S. Kuhlmann*</u>
                                                                  Nicholas S. Kuhlmann


                                                                THE SPENCE LAW FIRM

                                                                <u>*/s/Mick Spence*</u>
                                                                 Mick Spence

NSK/pjm