

4800 IDS Center
80 South 8th Street
Minneapolis, MN
55402-2100

O: 612.349.5740
T: 800.331.4537
F: 612.349.9266
www.ptslaw.com

NICHOLAS S. KUHLMANN
612.349.5754
kuhlmann@ptslaw.com

January 13, 2023

**VIA EMAIL AND ECF**

The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN  55415
foster_chambers@mnd.uscourts.gov

Re:   *Otto v. ISD No. 273*
      Case No. 22-cv-0005 (KMM/DJF)

Dear Judge Foster:

The parties have made further progress on the written settlement agreement for this matter, and are working through one final issue pertaining to the release. This issue should be resolved within the next week. However, we understand that the Edina School Board will not be meeting again until late January, to review and approve the final agreement.

Thus, we expect that dismissal papers will be filed by early February.

Sincerely,

PATTERSON THUENTE, P.A.

*/s/Nicholas S. Kuhlmann*
Nicholas S. Kuhlmann


THE SPENCE LAW FIRM

*/s/Mick Spence*
Mick Spence

NSK/pjm

4884-1468-1161, v. 1