UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael James Otto, | Case No. 22-cv-5 (KMM/DJF) |
| Plaintiff, | |
| V. | **ORDER** |
| Independent School District, No. 273, *a.k.a. Edina School District*, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on April 14, 2023 (ECF No. 92), IT IS HEREBY ORDERED that the Stipulation is APPROVED and this matter is dismissed with prejudice and without costs or attorneys' fees to any party.

Date:  April 17, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge